

**FILED**

02/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0031

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0031

IN THE MATTER OF THE ESTATE OF:

IAN RAY ELLIOT,

Deceased.

FILED

FEB 1 3 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

———————————

Through counsel, Appellee Joseph V. Womack, has moved for partial dismissal of this appeal. Womack is the Special Administrator of the Estate of Ada E. Elliott and Liquidating Partner of Starfire, LP, a significant entity related to the Estate. Ian Ray Elliott was the son and heir of Ada E Elliott, and this appeal concerns his Estate.

Through counsel, Appellee Cindy Elliot, who is also an interested person to the Estate of Ian Ray Elliot, has joined in Womack's motion. Self-represented litigants, Appellants Jenny Jing, Alice Carpenter, and Mike Bolenbaugh (Jing, Carpenter, and Bolenbaugh) have filed a joint response opposing the motion, which concerns the appropriate order and judgment that can be challenged on appeal.

However, we are unable to discern if all necessary parties have been included in this appeal, and, therefore, in this motion. The Notice of Appeal filed by Appellants Jing, Carpenter, and Bolenbaugh was served upon various parties, including the Special Administrator appointed by the District Court for the subject Estate, Andrew Billstein, and his counsel. Before the District Court, Billstein opposed the motion leading to entry of one of the orders now challenged on appeal. Nonetheless, it does not appear Billstein was served with the pending motion for partial dismissal.

We deem it necessary to provide to Billstein, as Special Administrator for the Ian Elliot Estate, an opportunity to file a response to the pending motion, if warranted, by ensuring service of the pleading. Thereafter, this Court will address the pending motion.

Therefore,

IT IS ORDERED that Special Administrator Andrew Billstein will have ten days from the date of this Order to FILE a response to the pending motion before this Court or otherwise ADVISE the Court regarding his status in this appeal and his position on the motion.

The Clerk is directed to provide this Order to all counsel of record; to Adrianna Potts, counsel for Andrew Billstein, along with a copy of the motion to dismiss; to Andrew Billstein, along with a copy of the motion; and to Jenny Jing, Alice Carpenter, and Mike Bolenbaugh.

DATED this _13th_ day of February, 2023.

For the Court,

By _____
Justice

2